# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANIBAL ZELAYA

NO. 2026 KW 0628

**MAY 12, 2026**

---

In Re:     State of Louisiana, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           DC-25-04290.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**STAY DENIED. WRIT GRANTED.** The definitions in 2022 La. Act No. 173 constitute an interpretive enactment intended to clarify the meaning of terms previously included in the pre-revision version of the statute, La. R.S. 14:41. Specifically, the amendment of Subsection B makes it clear that it does not matter whether the proscribed sexual penetration is accomplished using the offender's genitals, the victim's genitals, or an instrumentality. Furthermore, the phrase, "any sexual penetration," included in both the pre- and post-revision versions of La. R.S. 14:41(B), is broad enough to proscribe the conduct specified in the amended version of the statute. See **State v. B. M. S.**, 2024-1246 (La. App. 1st Cir. 3/24/26), ___ So.3d ___, 2026 WL 819717. Accordingly, the district court's finding of no probable cause for third degree rape is reversed and this matter is remanded for further proceedings.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT